Francisco T. GONZALES, Appellant,

v.

UNITED STATES of America, Appellee.

No. 21804.

United States Court of Appeals
Fifth Circuit.

March 15, 1965.

Francisco T. Gonzales, for appellant.

Fred J. Morton, Asst. U. S. Atty., El Paso, Tex., Ernest Morgan, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and BROWN and FRIENDLY,* Circuit Judges.

PER CURIAM:

The judgment is affirmed.

Paul Albert PATTERSON, Appellant,

v.

UNITED STATES of America, Appellee.

No. 21952.

United States Court of Appeals
Fifth Circuit.

March 15, 1965.

Paul Albert Patterson, Texarkana, Tex., for appellant.

William L. Hughes, Jr., Asst. U. S. Atty., Fort Worth, Tex., Barefoot Sanders, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, BROWN and FRIENDLY,* Circuit Judges.

PER CURIAM:

The judgment is affirmed.

* Of the Second Circuit, sitting by designation.